FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAR -5  PM 1:57

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MICHAEL CHAPMAN, et al., | |
| Plaintiffs, | |
| vs. | Case No.: 1:17-cv-00494-ELH |
| UHH WEE, WE CARE, INC., et al., | |
| Defendants. | |

## ORDER

UPON CONSIDERATION of Plaintiff Michael Chapman's June 20, 2017, (ECF 31-1; ECF 33); request to be removed from this litigation, Plaintiffs' Counsel's Status Report dated (ECF 30); (ECF 31), September 8, 2017, and Defendants' Motion to Dismiss with Prejudice, it is hereby and herein ORDERED that Michael Chapman's claims are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 5th day of March, 2017.

_Ellen L. Hollander_
The Honorable Ellen Lipton Hollander
United States District Judge