IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WHITNEY DAVIS, et al., | * |
| Plaintiffs, | * |
| v. | *   Civil No.: SAG-17-494 |
| UHH WEE, WE CARE INC., et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiffs' Motion for Attorneys' Fees and Costs Associated with Plaintiffs' Emergency Motion for a Protective Order and to Compel Deposition Testimony (ECF No. 104) is GRANTED in part and DENIED in part;

2. The Motion is DENIED as to an award of the full amount of requested attorneys' fees;

3. The Motion is GRANTED as to an award of attorneys' fees in the amount of $900.00;

4. The Motion is GRANTED as to an award of costs in the amount of $1,177.88; and

5. Judgment is hereby entered in favor of plaintiffs and against defendant Edwina Murray for attorneys' fees and costs in the amount of $2077.88.

Date:  May 27, 2020                             /s/
                                                             Beth P. Gesner
                                                             Chief United States Magistrate Judge