IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WHITNEY DAVIS,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. SAG-17-00494 |
| | * | |
| **UHH WEE, WE CARE INC.,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is, this 17th day of November, 2020, hereby **ORDERED** that:

1. Plaintiffs' Motion for Default Judgment, ECF 132, is **GRANTED**.

2. The Clerk shall enter judgment against Defendants, jointly and severally, in favor of each Plaintiff individually in the following amounts:

    a. Whitney Davis: $24,760.45, a sum that includes $2,904.20 in unpaid wages and damages, $1,656.25 as an incentive award, $10,100 in compensatory damages, and $10,100 in punitive damages;

    b. Octavia Parker: $6,540.00 in unpaid wages and damages;

    c. Lashonda Dixon: $6,348.38 in unpaid wages and damages;

    d. Stephanie Crawford: $17,322.60 in unpaid wages and damages; and

3. The Clerk shall enter judgment against Defendants, jointly and severally, for attorneys' fees in the amount of $52,398.68 and costs in the amount of $2,562.00.

The clerk is **DIRECTED** to **CLOSE** this case.

Dated: November 17, 2020

/s/
Stephanie A. Gallagher
United States District Judge